

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2014

No. 04-13-00319-CV

Albert Ralph **VELASQUEZ**, Associated Transportation Services, LLC, and P5 Management Group,
Appellants

v.

Lisa **RAMIREZ**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-00229
Honorable Larry Noll, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The panel has considered the Appellee's Motion for Rehearing, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court